UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY MELVIN,

                Plaintiff,

      v.

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-4118 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 13, 2024, Plaintiff moved to stay all proceedings in this matter. *See* Dkt. 29, 30. Defendants shall respond no later than August 29, 2024. Plaintiff's reply, if any, shall be submitted no later than September 5, 2024.

SO ORDERED.

Dated:    August 15, 2024
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge