

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **GENAN F. ZILKHA**<br>phone: (212)356-2212<br>email: gzilkha@law.nyc.gov |

April 2, 2025

**Via ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Rodney Melvin v. City of New York et al.,
     24-cv-4118(RA) Request for Extension of Time

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the Defendants in the above captioned action. Pursuant to Section 1.D. of the Court's Individual Practices, Defendants request additional time to respond to the Amended Complaint. Defendants' response to the Amended Complaint was due on April 1, 2025 – due to an inadvertent calendaring error, Defendants did not file their motion by that date. As such, we respectfully request an additional six days to respond to the Complaint – by April 7, 2025. This is Defendants' first request for an extension of time to respond to the Amended Complaint. We further respectfully request that the Court excuse any lateness and accept Defendants' response to the Amended Complaint *nunc pro tunc* to April 1, 2025.

      I have contacted Plaintiff to request his consent but he has not yet responded.

cc:  Plaintiff via ECF

Respectfully submitted,

/s/ Genan F. Zilkha
Genan F. Zilkha
Assistant Corporation Counsel

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 3, 2025